UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

June 8, 2022

CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

FIDEL ANDRADE

Defendant.

Case No.  2:22-mj-00087-JDP

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  FIDEL ANDRADE Case No.

2:22-mj-00087-JDP  Charges 21 USC § 846, 841(a)(1) from custody for the following

reasons:

_____    Release on Personal Recognizance

_____    Bail Posted in the Sum of $ _____

                                                          50,000.00 co-signed

  X        Unsecured Appearance Bond $   by Celina Andrade

                                                          and Araceli Adrade.

_____    Appearance Bond with 10% Deposit

_____    Appearance Bond with Surety

_____    Corporate Surety Bail Bond

_____    (Other):_.

Issued at Sacramento, California on June 8, 2022 at 2:00 PM

Dated:  June 8, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE