COSCA LAW CORPORATION
CHRIS COSCA     CA SBN 144546
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
FIDEL ANDRADE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:22-CR-00135-KJM |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER TO** |
| ) | **MODIFY CONDITIONS OF PRETRIAL** |
| vs. ) | **RELEASE** |
| ) | |
| FIDEL ANDRADE, ) | |
| ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

With the consent of Pretrial Services, the parties hereby stipulate to modify Defendant

FIDEL ANDRADE'S condition of release #5 to read as follows:

   5.      You must restrict your travel to the Eastern of California, and the Northern

District of California for work purposes only, unless otherwise approved in advance by

the pretrial services officer.

///

///

///

Modification of Release Conditions

1    **SO STIPULATED.**

2    Dated:  October 29, 2022                    /s/ Chris Cosca

3                                                CHRIS COSCA
                                                 Attorney for Defendant,
4                                                FIDEL ANDRADE

5

6    October 29, 2022                            /s/ Adrian Kinsella
                                                 ADRIAN KINSELLA
7                                                Assistant United States Attorney

8

9

10                              **<u>ORDER</u>**

11

12

13   **IT IS SO ORDERD.**

14   Dated:  October 31, 2022

15

16   _____
     KENDALL J. NEWMAN
17   UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28