COSCA LAW CORPORATION
CHRIS COSCA     CA SBN 144546
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
FIDEL ANDRADE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:22-CR-00135-KJM |
| Plaintiff, | **STIPULATION AND ORDER TO MODIFY PRETRIAL RELEASE CONDITIONS** |
| vs. | |
| FIDEL ANDRADE, | |
| Defendant. | |

## STIPULATION

According to Pretrial Services, Mr. Andrade has done very well on supervision. He has reported for drug testing as directed (all drug tests have returned negative), he has maintained a stable residence with his wife and children in Stockton, California, and he has maintained full-time employment. He was working at Sygma Network but found better employment with A. Trucking. He provided documentation in the form of his earnings statements.

On June 27, 2023, the defendant's treatment counselor notified Pretrial Services that he has been excelling at work and in his parental role, has sustained his sobriety, and has exhibited knowledge of his triggers by expertly navigating coping mechanisms. As such, the counselor recommended his treatment services be terminated/suspended with successful completion. On

June 30, 2027, Judge Delaney approved the suspension of counseling services.

Based on the representations by Pretrial Services, the United States does not object to this requested modification. Accordingly, and pursuant to the recommendation of Pretrial Services, the parties hereto hereby stipulate that defendant's Special Condition of Release #9, Drug and Alcohol Testing, be removed.

Respectfully submitted,

Dated:  December 15, 2023      /s/ Chris Cosca
                               CHRIS COSCA
                               Attorney for Defendant
                               FIDEL ANDRADE


Dated: December 15, 2023       /s/ Adrian Kinsella
                               ADRIAN KINSELLA
                               Assistant United States Attorney
                               Attorney for Plaintiff


**ORDER**

**IT IS SO ORDERED.**

Dated:  December 15, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE